```
                                          FILED

                                     2003 NOV -4  P 12:06

         UNITED STATES DISTRICT COURT US DISTRICT COURT
              DISTRICT OF CONNECTICUT    BRIDGEPORT CT
```

| | | |
|---|---|---|
| CRYUS GRIFFIN | : | PRISONER |
| | : | NO. 3:03CV1029(DJS) |
| VS. | : | |
| | : | |
| CLEAVER, ET AL. | : | NOVEMBER 3, 2003 |

## APPEARANCE

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:**

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants in addition to any Appearances already on file in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 3rd day of November, 2003.

DEFENDANT,
Cleaver, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY: _____
Kathleen A. Keating
Assistant Attorney General
No. ct25247
110 Sherman Street
Hartford, CT 06105
Tel. No.: (860) 808-5450
Fax No.: (860) 808-5591
E-Mail: kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 3rd day of November, 2003:

Cyrus Griffin, Inmate No. 262493
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

Kathleen A. Keating
Assistant Attorney General