UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2004 JAN 16 P 12: 05

U.S. DISTRICT COURT
HARTFORD, CT.

CYRUS GRIFFIN  :
:  PRISONER
v.  :  Case No. 3:03CV1029(DJS)(TPS)
:
CAPTAIN MICHAEL CLEAVER, et al.  :

RULING AND ORDER

Defendants' motion for extension of time until March 1, 2004, to respond to the complaint [**doc. #16**] is **GRANTED**.

**SO ORDERED.**

Entered this 16th day of January, 2004, at Hartford, Connecticut.

/s/ Thomas P. Smith
Thomas P. Smith
United States Magistrate Judge