MAR 22 2004

Cyrus Griffin    :        Docket No. 3:03cv1529(DJS)
    v.          :
Cleaver, et al  :        FILED
                         2004 APR 13 P 4:46
                         U.S. DISTRICT COURT
                         BRIDGEPORT, CONN

## MOTION OF EXTENSION OF TIME

The plaintiff moves pursuant to Local Rule 9(b), for an 30 day extension of time, in regard to the defendants' Motion to dismiss. This is the first request of an extension & it's very much needed, considering the plaintiff's limited knowledge of the law & limited access to the proper legal books to assist him.

Submitted on March 18, 2004

Cyrus Griffin #262493    _Cyrus Griffin_

Northern C.I.
P.O. Box 665
Somers, CT. 06071

Cyrus Griffin :　　　　　　　　　　　Docket No. 3:03cv1029 (DJS) (TPS)

   v.　　　　:

Cleaver, et al :

### Proof Of Service Certification

Cyrus Griffin declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that he mailed a copy of the enclosed Motion Of Extension Of Time to defendants' Counsel, Kathleen Keating, Assistant Attorney General, Mackenzie Hall 110 Sherman St. Hartford, CT. 06105-2294, on this 8th day of April, 2004.

_____
Cyrus Griffin
Plaintiff