UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT **FILED**

2004 APR 21  A 10: 33

U.S. DISTRICT COURT
HARTFORD, CT.

CYRUS GRIFFIN                    :
                                 :         PRISONER
    v.                           :   Case No. 3:03CV1029(DJS)(TPS)
                                 :
CAPTAIN MICHAEL CLEAVER, et al.. :

RULING AND ORDER

Plaintiff's motion for extension of time to respond to defendants' motion to dismiss [doc. #21] is **GRANTED**.

**SO ORDERED** this 21st day of April, 2004, at Hartford, Connecticut.

_____
Thomas P. Smith
United States Magistrate Judge