## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
|  | : | PRISONER |
| CYRUS GRIFFIN | : | 3:03CV1029(DJS)(TPS) |
| *Plaintiff* | : |  |
|  | : |  |
| VS. | : |  |
|  | : |  |
| CAPTAIN MICHAEL CLEAVER, ET AL. | : |  |
| *Defendants* | : | SEPTEMBER 16, 2004 |

### MOTION FOR EXTENSION OF TIME

The defendants in the above-entitled matter hereby, by and through the undersigned counsel and pursuant to Local Rule 9(d) and Federal Rule of Civil Procedure 12, respectfully move for a 60 day extension of time within which to file an answer or otherwise respond to plaintiff's Complaint, up to and including November 16, 2004.  In support of this motion, the defendants represent the following:

1. The schedule of undersigned counsel has been extremely hectic as she is new to this office, as she is defending the State in numerous other matters demanding her attention, as she did not receive the court's ruling on her motion to dismiss until September 3, 2004 when she received the revised scheduling order, as she is scheduled to conduct two habeas trials in Connecticut Superior Court, G.A. 19 in early October, 2004, as she will be out of the country from September 17, 2004 through October 2, 2004

2. This complaint contains complex factual and legal allegations;

3. Additional time is necessary in order for the defendants to review the complaint and pertinent documents in order to prepare an appropriate responsive pleading;

4. This is the second motion for an extension of time in this matter as to a responsive pleading; and,

5. The undersigned counsel has not contacted counsel for the plaintiff to determine the plaintiff's position with regard to this motion, since the plaintiff is pro se and is an inmate currently confined to Northern Correctional Institution.

          DEFENDANTS,
          Captain Michael Cleaver, et al.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

          BY:_____/s/_____
          Kathleen A. Keating
          Assistant Attorney General
          Federal Bar No. ct25247
          110 Sherman Street
          Hartford, CT  06105
          Telephone:  (860) 808-5450
          E-mail:  kathleen.keating@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 16th day of September 2004, to:

Cyrus Griffin  
Inmate # 262493  
Northern Correctional Institution  
287 Bilton Road, P.O. Box 665  
Somers, CT  06071

                                                  _____/s/_____  
                                                  Kathleen A. Keating  
                                                  Assistant Attorney General