UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| CYRUS GRIFFIN<br>*Plaintiff,* | : PRISONER<br>: 3:03CV1029(DJS)(TPS) |
| VS. | : |
| CAPTAIN MICHAEL CLEAVER, ET AL.<br>*Defendants.* | :<br>: November 15, 2004 |

## ANSWER AND AFFIRMATIVE DEFENSES TO AMENDED COMPLAINT

The defendants hereby respond to the allegations of the plaintiff's amended complaint dated June 26, 2003.

The defendants deny all allegations in the plaintiff's amended complaint and leave him to his proof. The defendants do not respond by paragraph, since the plaintiff does not set out the allegations by paragraph.

### AFFIRMATIVE DEFENSES

The defendants assert the following Affirmative Defenses:

First Affirmative Defense:

The plaintiff fails to state a claim under the Fourteenth Amendment, since the plaintiff fails to assert that a liberty interest was affected.

Second Affirmative Defense:

The plaintiff fails to state a claim regarding classification, since the plaintiff has no constitutionally protected right to a specific classification.

Third Affirmative Defense:

The plaintiff failed to exhaust his administrative remedies pursuant to the Prison Litigation Reform Act.

Fourth Affirmative Defense:

Each and every defendant in this action is entitled to qualified immunity.

Fifth Affirmative Defense:

The Eleventh Amendment provides immunity.

Sixth Affirmative Defense:

The plaintiff's claims are precluded by Conn. Gen. Stat. §§ 4-141 through 4-164 and § 4-165.

Seventh Affirmative Defense:

The defendants do not have sufficient personal involvement in any of the constitutional violations alleged.

DEFENDANTS,
Captain Michael Cleaver, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: /s/ Kathleen A. Keating
Kathleen A. Keating
Assistant Attorney General
Federal Bar No. ct25247
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
E : kathleen.keating@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 15th day of November, 2004, to:

Cyrus Griffin, Inmate No. 262493
Northern Correctional Institution
287 Bilton Road, P.O. Box 665
Somers, CT 06071

/s/ Kathleen A. Keating
Kathleen A. Keating
Assistant Attorney General