UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYRUS GRIFFIN | : | PRISONER |
| *Plaintiff,* | : | 3:03CV1029(DJS)(TPS) |
| | : | |
| VS. | : | |
| | : | |
| CLEAVER, ET AL. | : | |
| *Defendants.* | : | DECEMBER 17, 2004 |

## DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Pursuant to the provisions of Rule 12(c) of the Federal Rules of Civil Procedure, the below named defendants respectfully request that judgment be issued in their favor for the following reasons:

I. The court lacks subject matter jurisdiction pursuant to the Eleventh Amendment.

II.A. The defendants are entitled to sovereign immunity.

II.B. The defendants are entitled to statutory immunity.

III. The defendants are entitled to qualified immunity.

IV. The plaintiff has failed to exhaust his administrative remedies.

V. The plaintiff has failed to state a claim for compensatory damages pursuant to the Prison Litigation Reform Act under 42 U.S.C. § 1997e(e), since the plaintiff did not allege a physical injury.

VI. The plaintiff has failed to allege sufficient personal involvement on the part of the Defendant Murphy.

VII. The plaintiff has failed to state a claim upon which relief can be granted under the Due Process Clause of the Fourteenth Amendment.

**WHEREFORE**, the below named defendants request that judgment be issued in their favor in accordance with the foregoing arguments.

>DEFENDANTS,
>Cleaver, et al
>
>RICHARD BLUMENTHAL
>ATTORNEY GENERAL
>
>
>BY:___/s/_____
>Kathleen A. Keating
>Assistant Attorney General
>Federal Bar No. ct25247
>110 Sherman Street
>Hartford, CT  06105
>Telephone:  (860) 808-5450
>E-mail:  kathleen.keating@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 17th day of December 2004, to:

Cyrus Griffin, Inmate No. 262493
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

>___/s/_____
>Kathleen A. Keating
>Assistant Attorney General