## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CYRUS GRIFFIN | : | PRISONER |
| *Plaintiff,* | : | NO. 3:03CV1029(DJS)(TPS) |
| VS. | : | |
| | : | |
| CLEAVER, ET AL. | : | DECEMBER 17, 2004 |

### NOTICE OF MANUAL FILING

Please take notice that defendants, **CLEAVER, ET AL.**, have manually filed the following documents:

    A.    **O'Neill, Jr. v. Bush, et al.** / No. 3:00CV1212(RNC)
          (Ruling and Order)

    B.    **Vines v. Warden Lojkuc, et al.** / No. 3:01CV361(WWE)(HBF)
          (Memorandum of Decision)

    C.    Administrative Directive – 9.6

    D.    Disciplinary History on Cyrus Griffin (RT67)

These documents have been filed electronically because:

[ X]    The documents cannot be converted to an electronic format.
[   ]    The electronic file size of the document exceeds 1.5 megabytes.
[   ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                DEFENDANTS,
                Cleaver, et al.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL


                BY:___/s/_____
                Kathleen A. Keating
                Assistant Attorney General
                Federal Bar No. ct25247
                110 Sherman Street
                Hartford, CT  06105
                Telephone No. (860) 808-5450
                Fax no. (860) 808-5591
                kathleen.keating@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid to the following on this 17th day of December, 2004 to:

Cyrus Griffin, Inmate No. 262493
Northern Correctional Institution
287 Bilton Road, PO Box 665
Somers, CT  06071

    /s/
Kathleen A. Keating
Assistant Attorney General