UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Cyrus Griffin,
Plaintiff,

vs.

Cleaver, ET AL.
Defendants,

3:03CV1029 (DJS) (TPS)

December 28, 2004

FILED
2005 JAN -6 P 4:09
U.S. DISTRICT COURT
BRIDGEPORT, CONN

### Plaintiff's Motion In Opposition To Defendants' Motion For Judgement on the Pleadings

Pursuant to the provisions of Rule 12(c) of the Federal Rules of Civil Procedure, the plaintiff respectfully request that Judgement be issued in his favor for the following reasons:

1.) The majority of the defendants' motion is based on a misinterpretation of the plaintiff's complaint.

2.) There are material facts & truth that are in dispute that's too complicated to be settled on this judgement pleadings alone.

3.) Contrary to the argument of the defendants', the plaintiff has alleged sufficient personal involvement on behalf of defendant Murphy in his complaint.

Wherefore, the plaintiff request judgement be issued in his favor in accordance with the arguments presented.

Plaintiff, Cyrus Griffin

By: Cyrus Griffin
Cyrus Griffin # 262403
Northern C.I.
P.O. Box 665
Somers, CT. 06071

### Certification

I hereby certify that a copy of the foregoing was sent by mail this 29th day of December 2004, to: Assistant Attorney General Kathleen A. Keating
110 Sherman Street
Hartford, CT. 06105

Cyrus Griffin
Cyrus Griffin
Plaintiff