U.S. District Court
District of Connecticut

**FILED**

Griffin V. Cleaver, ET. Al  (3:03-CV-1029)

2005 FEB 18 A 11:58

February 9, 2005
~~January 14, 2005~~

U.S. DISTRICT COURT
BRIDGEPORT, CONN

## Plaintiff's Request To Order Inmate Legal Assistance Program To Obtain Sworn Declarations From Witnesses.

This is a request asking the court to order Inmate Legal Assistance Program Law offices of Sydney T. Schulman of 78 Oak St. Hartford, CT. 06126, to assist the plaintiff by obtaining sworn Declarations from inmate witnesses who are in different jails from the pro se litigant.

The above mentioned program has a contract from the State of Connecticut to assist inmates of CT. D.O.C. in Civil Matters

Sincerely,

Cyrus Griffin

Cyrus Griffin #262443
Northern C.I.
P.O. Box 665
Somers, CT. 06071

---

I hereby certify that a copy of this request was mailed to:

Kathleen A. Keating
Assistant Attorney General
110 Sherman Street
Hartford, CT. 06105

Cyrus Griffin