UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CYRUS GRIFFIN

PRISONER
v.                                    Case No.   3:03cv1029 (DJS)(TPS)

CAPT. CLEAVER
R. MEULEMANS
MASTOS
COOPER
WILLIAMS
WERNER
BOURASSA
CLARK
CARMIEN
BRIAN MURPHY
FREY

J U D G M E N T

This cause came on for consideration on the defendants' motion for judgment on the pleadings before the Honorable Dominic J. Squatrito, United States District Judge.

The court has considered the motion and all related papers.  On May 18, 2005, the court filed its Ruling on Defendants' Motion for Judgment on the Pleadings granting defendants' motion and directing the Clerk to enter judgment and close this case.

Therefore, it is **ORDERED** and **ADJUDGED** that judgment is entered in favor of the defendants and the case is closed.

Dated at Bridgeport, Connecticut this 20th  of May, 2005.

KEVIN F. ROWE, Clerk
By   /s/ Donna P. Thomas_____
      Donna P. Thomas
      Deputy Clerk

Entered on the Docket _____